UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOWNAI SAECHAO,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant. | Case No.  24-cv-03289-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Donna M. Ryu for consideration of whether the case is related to 19-cv-04396-DMR *Saechao v. Saul*.

**SO ORDERED.**

Dated: January 22, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge